PEOPLE v. REINER. (Supreme Court, Appellate Division, First Department. October 14, 1904.) Proceedings by the people of the state of New York against Louis Reiner. No opinion. Motion granted.

PEOPLE v. REPUBLIC SAVINGS & LOAN ASS'N. In re CASE & CASE. (Supreme Court, Appellate Division, Second Department. October 11, 1904.) Proceedings by the people of the state of New York against the Republic Savings & Loan Association. In the matter of the claims of Case & Case on agency contract. Franklin O. Case and another appellants. Edward G. Riggs and another, receivers, respondents. No opinion. Motion to resettle order denied.

PEOPLE v. RESTIANO. (Supreme Court, Appellate Division, First Department. October 14, 1904.) Proceedings by the people of the state of New York against Vincenza Restiano. No opinion. Motion granted.

PEOPLE, Respondent, v. SHERMAN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) Proceedings by the people of the state of New York against Frank S. Sherman and others.

PER CURIAM. Judgment of conviction affirmed.

WILLIAMS, J., not voting.

PEOPLE, Respondent, v. SOFNES, Appellant. (Supreme Court, Appellate Division, First Department. November 25, 1904.) Proceedings by the people of the state of New York against Sam Sofnes. A. A. Feinberg, for appellant. E. Sandford, for the People. No opinion. Judgment affirmed.

PEOPLE, Respondent, v. STEWART, Appellant. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Proceedings by the people of the state of New York against James L. Stewart. H. W. Unger, for appellant. H. S. Gans, for the People. No opinion. Judgment affirmed.

PEOPLE v. VALENTI. (Supreme Court, Appellate Division, First Department. October 14, 1904.) Proceedings by the people of the state of New York against Tommaso Valenti. No opinion. Motion granted.

PEOPLE, Respondent, v. WELLER, Appellant. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Proceedings by the people of the state of New York against Frank S. Weller. H. W. Hardon, for appellant. R. C. Taylor, for the People. No opinion. Judgment affirmed.

PEOPLE v. YOUNG. (Supreme Court, Appellate Division, First Department. November 25, 1904.) Proceedings by the people of the state of New York against Annie Young. No opinion. Motion granted.

PEOPLE ex rel. BURKE v. GREENE, Com'r. (Supreme Court, Appellate Division, First Department. November 25, 1904.) Proceedings by the people of the state of New York, on the relation of Joseph E. Burke, against Francis V. Greene, commissioner. O. A. Rosalsky, for relator. T. Connoly, for respondent.

PER CURIAM. Writ dismissed, and proceedings affirmed, with costs.

O'BRIEN, J., dissents.

PEOPLE ex rel. CONDRON v. STURGIS, Fire Com'r. (Supreme Court, Appellate Division, Second Department. October 14, 1904.) Proceedings by the people of the state of New York, on the relation of Michael J. Condron, against Thomas Sturgis, as fire commissioner, etc.

PER CURIAM. Determination confirmed, with costs.

JENKS, J., took no part.